UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06-CV-4-H

GARDNER DENVER DRUM LLC              PLAINTIFF

V.

PETER GOODIER, et al.                 DEFENDANTS

**MEMORANDUM AND ORDER**

   Plaintiff, Gardner Denver, Inc., has moved for a hearing on its motion to show cause originally filed June 27, 2006 (DN #61). This matter has been resolved and no hearing is necessary on that motion. The Court will set a conference to generally discuss the status of the case.

   After Plaintiff filed its motion to show cause regarding Defendants' answers to interrogatories, the Court reviewed responses and convened conferences on October 20, 2006, and January 18, 2007. The parties proposed an agreed order of discovery filed January 31. On February 2, 2007, the Court entered a discovery order which appeared to have resolved the underlying dispute. More recently, Defendants have moved for a protective order. That matter has not been discussed.

   Being otherwise sufficiently advised,

   IT IS HEREBY ORDERED that the original motion to show cause (DN #61) was terminated. The Court will set a conference to review any current disputes.

cc: Counsel of Record